UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TONY DELGADILLO, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A,, a National Association; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., a California corporation, RTS PACIFIC, INC., a Washington corporation, and Does 1 through 10, inclusive;<br><br>　　　　Defendants. | CASE No. SACV 15-12-JLS (JCGx)<br><br>**JUDGMENT** |

　　　　On March 2, 2015, the Court granted the Motion to Dismiss Complaint, filed by defendants WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB, and GOLDEN WEST SAVINGS ASSOCIATION SERVICE, CO. (collectively "Wells Fargo"), dismissing the Complaint, in its entirety, without prejudice.  (Doc. 15.)

The Court ordered plaintiff to file any amended complaint within 21 days, and warned plaintiff that failure to do so will result in the immediate dismissal of the case. Plaintiff has failed to file an amended complaint. (*See* Doc. 16.)

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all parties and all causes of action, without prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and

3. Plaintiff, Jose Tony Delgadillo will recover nothing in this action from Defendant WELLS FARGO BANK, N.A.

DATED: March 30, 2015

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE